IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE | |
| ESTHER MAMMIA YATES | Case No. 17-11921-BFK |
|  | Chapter 7 |
| Debtor | |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2006-3F, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-3F | Motion No. |
| Movant | |
| v. | |
| ESTHER MAMMIA YATES | |
| and | |
| H. JASON GOLD, CHAPTER 7 TRUSTEE | |
| Respondents | |

## EXHIBIT A -- DEBT

### Pre Petition Arrears

| | |
|---|---|
| 29 payments iao $2,656.84 for 11/01/2009 - 03/01/2012 | $77,048.36 |
| 13 payments iao $2,771.85 for 04/01/2012 - 04/01/2013 | $36,034.05 |
| 12 payments iao $2,731.58 for 05/01/2013 - 04/01/2014 | $32,778.96 |
| 5 payments iao $2,786.70 for 05/01/2014 - 09/01/2014 | $13,933.50 |
| 22 payments iao $2,736.58 for 10/01/2014 - 07/01/2016 | $60,204.76 |
| 2 payments iao $2,839.53 for 08/01/2016 - 09/01/2016 | $5,679.06 |
| 9 payments iao $2,829.98 for 10/01/2016 - 06/01/2017 | $25,469.82 |

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MARYLAND 20814
(301) 907-8000
FILE NUMBER: 67417

|  | Total: | $251,148.51 |
|---|---|---|

**Post Petition Arrears**

| Attorney Fees and Costs | | $931.00 |
|---|---|---|
|  | Total: | $931.00 |
| **Total Pre and Post Petition Arrears:** | | **$252,079.51** |

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MARYLAND 20814
(301) 907-8000
FILE NUMBER: 67417

2